1  Laurence D. King (SBN 206423)
   Linda M. Fong (SBN 124232)
2  KAPLAN, FOX & KILSHEIMER, LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: (415) 772-4700
4  Fax: (415) 772-4707
   Email: lking@kaplanfox.com
5         lfong@kaplanfox.com

6  John C. Evans
   SPECTER SPECTER EVANS &
7  MANOGUE, P.C.
   The 26th Floor Koppers Building
8  436 Seventh Avenue
   Pittsburgh, PA 15219
9  Telephone: (412) 642-2300
   Fax: (412)642-2309
10 Email: john@ssem.com

11
   *Attorneys for Plaintiff Curtis Brunk*
12

13
                 UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15

16 | CURTIS BRUNK, Individually and on     ) CV 08 3010
   | Behalf of all Others Similarly Situated, ) Civil Action No.
17 |                                        )
   |              Plaintiff,                 )
18 |      v.                                 ) CERTIFICATE OF INTERESTED
   |                                        ) PARTIES
19 | MATSON NAVIGATION COMPANY,              )
   | INC., ALEXANDER & BALDWIN, INC,         )
20 | and HORIZON LINES, LLC,                 )
   |                                        )
21 |              Defendants.                )
   |                                        )
22 |                                        )
   |                                        )
23

24

25

26

27

28

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4  Dated: June 18, 2008

Respectfully submitted,
KAPLAN FOX & KILSHEIMER LLP

*/s/ Linda Fong*

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
       lfong@kaplanfox.com

SPECTER SPECTER EVANS &
MANOGUE, P.C.
John C. Evans
The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: (412) 642-2300
Fax: (412) 642-2309
Email: john@ssem.com

CERTIFICATE OF INTERESTED PARTIES                     1