1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   One Montgomery Street, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
   Email: JSanders@gibsondunn.com
6         TNicoud@gibsondunn.com
          RBrass@gibsondunn.com
7         RJustice@gibsondunn.com

8  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
9  AND ALEXANDER & BALDWIN, INC.

10

                    UNITED STATES DISTRICT COURT
11
          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
12

13

14  CURTIS BRUNK, Individually and on Behalf  )   Case No. CV 08-03010 BZ
    of All Others Similarly Situated,         )
15                                            )   **STIPULATION RE EXTENSION OF**
              Plaintiff,                      )   **RESPONSIVE PLEADING DEADLINE**
16                                            )
         v.                                   )
17                                            )
    MATSON NAVIGATION COMPANY, INC.;          )
18  ALEXANDER & BALDWIN, INC.; and            )
    HORIZON LINES, LLC,                       )
19                                            )
              Defendants.                     )
20                                            )
                                              )
21  _____ )

22

23

24

25

26

27

28

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-03010 BZ

WHEREAS the undersigned plaintiff has filed the above-captioned case;

WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

WHEREAS ten complaints have been filed to date in multiple federal district courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation (the "Panel") to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

WHEREAS, a hearing on the motion for transfer is currently scheduled for July 31, 2008 before the Panel, and the cases will likely be transferred by the end of August, 2008;

WHEREAS plaintiff anticipates the possibility of a Consolidated Amended Complaint in the Hawaiian Ocean Shipping Cases;

WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc., and Horizon Lines, LLC ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient for the parties and for the Court;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  The deadline for Defendants to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the Hawaiian Ocean Shipping Cases; or (2) forty-five days after plaintiff provides written notice to Defendants that plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Defendants should agree to an earlier response date in any Hawaiian Ocean Shipping Case, Defendants will respond to the Complaint in the above-captioned case on that earlier date.

|  |  |
|---|---|
| 1 | 2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process. |

2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: July 1, 2008

GIBSON, DUNN & CRUTCHER, LLP

/s/ Joel Sanders by Rachel Brass

Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:   (415) 393-8200
Facsimile:    (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

Dated: July ____, 2008

McGUIREWOODS LLP

_____
Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 315-8219
Facsimile:    (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone:   (312) 849.8100
Facsimile:    (312) 849.3690

*Counsel for Defendant*
*Horizon Lines, LLC*

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-03010 BZ

2.   This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: July ____, 2008

GIBSON, DUNN & CRUTCHER, LLP

_____
Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:   (415) 393-8200
Facsimile:    (415) 986-5309

*Counsel for Defendants
Matson Navigation Company, Inc. and
Alexander & Baldwin, Inc.*

Dated: July 2, 2008

McGUIREWOODS LLP

_____
Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 315-8200
Facsimile:    (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601
Telephone:   (312) 849.8100
Facsimile:    (312) 849.3690

*Counsel for Defendant
Horizon Lines, LLC*

Dated: July 1, 2008

KAPLAN, FOX & KILSHEIMER, LLP

/s/ Linda Fong
_____
Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:    (415) 772-4700
Facsimile:    (415) 772-4707

Robert N. Kaplan
Linda P. Nussbaum
John D. Radice
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:    (212) 687-1908
Facsimile:    (212) 687-7714

John C. Evans
SPECTER SPECTER EVANS &
MANOGUE, P.C.
The Koppers Building, 26th Floor
Telephone:    (412) 642-2300
Facsimile:    (412) 642-2309

*Counsel for Plaintiff Curtis Brunk*