AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

Curtis Brunk
Plaintiff
v.
Matson Navigation Co., Inc., et al.
Defendant

Civil Action No. CV 08 3010 BZ

**Summons in a Civil Action**

To: See attachment A hereto
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome St, Suite 400, SF CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 18 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on ________________________, by:

(1) personally delivering a copy of each to the individual at this place, ______________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ________________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ____________________.

My fees are $ ________________ for travel and $ ________________ for services, for a total of $ 0.00 ____________.

Date: ________________________

________________________________________
Server's signature

________________________________________
Printed name and title

________________________________________
Server's address

# ATTACHMENT A

**Matson Navigation Company, Inc.**
555 12th St., 7th Fl.
Oakland, CA 94607

**Alexander & Baldwin, Inc.**
822 Bishop Street
Honolulu, Hawaii
96813-3924

**Horizon Lines, LLC**
4064 Colony Road, Suite 200
Charlotte, NC 28211

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Attorneys for: CURTIS BRUNK | (415) 772-4700<br>Ref. No. Or File No.<br>W2498493 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
CURTIS BRUNK

Defendant:
MATSON

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: 08-3010 BZ |
|---|---|---|---|---|

I, Scott Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ;CERTIFICATE OF INTERESTED PARTIES; CLASS ACTION COMPLAINT; PUBLIC NOTICE RE MAGISTRATE JUDGE; CONSENT TO A MAGISTRATE JUDGE; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME INFO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : ALEXANDER & BALDWIN, INC.

By Serving : JAYNE M. HARE, Administrative Assistant Legal Department/Authorized to Accept Service of Process.

Address : 555 12th Street, 7th Floor , Oakland, California 94607

Date & Time : Friday, June 20, 2008 @ 12:35 p.m.

Witness fees were : Not applicable.

Person serving:
Scott Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 341
(3) County: San Francisco
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 20, 2008

Signature: ____________________
Scott Lane



Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: CURTIS BRUNK | Ref. No. Or File No. W2498489 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>CURTIS BRUNK | | |
| Defendant:<br>MATSON | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: 08-3010 BZ |
|---|---|---|---|---|

I, Scott Lane , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ;CERTIFICATE OF INTERESTED PARTIES; CLASS ACTION COMPLAINT; PUBLIC NOTICE RE MAGISTRATE JUDGE; CONSENT TO A MAGISTRATE JUDGE; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME INFO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : MATSON NAVIGATION COMPANY, INC.

By Serving : JAYNE M. HARE, Administrative Assistant Legal Department/Authorized to Accept Service of Process.

Address : 555 12th Street, 7th Floor , Oakland, California 94607

Date & Time : Friday, June 20, 2008 @ 12:35 p.m.

Witness fees were : Not applicable.

Person serving:
Scott Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 341
(3) County: San Francisco
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 20, 2008

Signature: ______________________
Scott Lane


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAURENCE D. KING, ESQ. (206423)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Attorneys for: CURTIS BRUNK | (415) 772-4700<br>Ref. No. Or File No.<br>W2498494 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>CURTIS BRUNK | | |
| Defendant:<br>MATSON | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-3010 BZ |
|---|---|---|---|---|

I, B. Anderson , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ;CERTIFICATE OF INTERESTED PARTIES; CLASS ACTION COMPLAINT; PUBLIC NOTICE RE MAGISTRATE JUDGE; CONSENT TO A MAGISTRATE JUDGE; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME INFO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : HORIZON LINES, LLC

By Serving : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address : 818 West 7th Street , Los Angeles, California 90017
Date & Time : Monday, June 23, 2008 @ 2:33 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 3991
(3) County: Los Angeles
(4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 25, 2008

Signature:________________________
B. Anderson


Printed on recycled paper