GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
RICHARD J. MCPALMER, SBN 244962
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
TNicoud@gibsondunn.com
RBrass@gibsondunn.com
RJustice@gibsondunn.com
RMcpalmer@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBERT H. STEINBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>Defendants | Case No. 08-cv-02402 VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| CURTIS BRUNK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., et al.<br><br>Defendants. | Case No. 08-cv-03010 BZ |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12, Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc., hereby give notice that the following two cases are related within the meaning of Civ. L.R. 3-12:

- *Robert H. Steinberg, et al. v. Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, Inc., and Horizon Lines LLC*, 08-cv-02402-VRW ("*Steinberg*"); and
- *Curtis Brunk, et al. v. Matson Navigation Company, Inc., Alexander & Baldwin, Inc., and Horizon Lines, LLC*, 08-cv-03010-BZ ("*Brunk*").

*Steinberg* is a civil action currently pending in the Northern District of California before the Honorable Vaughn R. Walker. *Brunk* is a civil action currently pending in the Northern District of California before the Honorable Bernard Zimmerman. *Steinberg* was filed prior to *Brunk* and, as such, is assigned the lower case number.

This Administrative Motion is made pursuant to Local Rule 3-12(a), which provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

*Steinberg* and *Brunk* are related within the meaning of Civ. L.R. 3-12. Both cases involve allegations of violations of antitrust statutes in connection with ocean shipping services. Specifically, both actions allege that the Matson and Horizon defendants agreed, combined, or conspired with each other to fix, raise, maintain and/or stabilize prices of noncontiguous domestic ocean shipping and/or to allocate markets and/or customers for those services in the United States. Plaintiffs in both actions name substantially the same defendants. At least three other, similar matters have been assigned or reassigned to Judge Walker.[1]

[1] Those matters are: *Acutron, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02600-VRW; *50th State Distributors, Inc. v. Matson Navigation Company, Inc., et al.*, 08-cv-02603-VRW; and *Winkler Woods, LLC v. Matson Navigation Co., Inc., et al.*, 08-cv-03169-VRW.

The factual and legal matters presented in *Steinberg* and *Brunk* will be largely identical. Whereas assignment to separate judges will create an unduly burdensome duplication of labor, generate unneeded expense, and may lead to conflicting results, assignment to a single judge will conserve judicial resources and lead to more efficient determination of all the actions.[2]

Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. respectfully request that the *Brunk* action be related to the *Steinberg* action.[3]

Dated: July 29, 2008

GIBSON, DUNN & CRUTCHER, LLP

/s/

RACHEL S. BRASS
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

*Counsel for Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc.*

100491439_4.DOC

[2] There are currently two MDL proceedings involving at least fourteen complaints alleging antitrust violations by the Matson and Horizon defendants in the noncontiguous domestic ocean shipping industry. *In Re: Hawaiian Cabotage Antitrust Litigation*, MDL No. 1970; *In Re: Pacific Ocean Cabotage Antitrust Litigation*, MDL No. 1972. The *Steinberg* plaintiffs have been identified as interested parties to both proceedings, while *Brunk* has been identified as a potential tag-along action.

[3] By filing this Notice of a Related Case, Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. do not consent to proceed before a United States Magistrate Judge.