1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   One Montgomery Street, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
   Email: JSanders@gibsondunn.com
6        TNicoud@gibsondunn.com
         RBrass@gibsondunn.com
7        RJustice@gibsondunn.com

8  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC.
9  AND ALEXANDER & BALDWIN, INC.

10

11                 UNITED STATES DISTRICT COURT

12    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14  CURTIS BRUNK, Individually and on Behalf  )   Case No. CV 08-03010 VRW
    of All Others Similarly Situated,         )
15                                            )   **STIPULATION [AND PROPOSED**
                   Plaintiff,                 )   **ORDER] TO VACATE DEADLINES SET**
16                                            )   **IN MAGISTRATE JUDGE**
              v.                              )   **ZIMMERMAN'S JUNE 18, 2008 ORDER**
17                                            )
    MATSON NAVIGATION COMPANY, INC.;          )
18  ALEXANDER & BALDWIN, INC.; and            )
    HORIZON LINES, LLC,                       )
19                                            )
                   Defendants.                )
20                                            )
                                              )
21  _____ )

22

23

24

25

26

27

28

STIPULATION [AND PROPOSED ORDER] TO VACATE DEADLINES SET IN MAGISTRATE JUDGE ZIMMERMAN'S
JUNE 18, 2008 ORDER; Case No. CV 08-03010 VRW

1    WHEREAS, the undersigned plaintiff has filed the above-captioned case;

2    WHEREAS, plaintiff alleges antitrust violations on behalf of purchasers of domestic

3    containerized ocean shipping services for service between the continental United States and

4    Hawaii.

5    WHEREAS, twenty-three purported class action lawsuits have been filed to date in five

6    federal district courts across the country and containing nearly identical allegations regarding a

7    purported price-fixing conspiracy among various members of the Pacific Ocean Cabotage

8    industry. *See* Declaration of Joel S. Sanders in Support of Stipulation to Vacate Deadlines

9    ("Sanders Decl."), ¶ 3.

10    WHEREAS, by Transfer Order dated August 13, 2008, the Judicial Panel on Multidistrict

11    Litigation (the "JPML") granted a motion to coordinate and consolidate pretrial proceedings

12    pursuant to 28 U.S.C. § 1407 in the matter *In Re: Hawaiian and Guamanian Cabotage Antitrust*

13    *Litigation*, MDL No. 1972.  Sanders Decl. ¶ 4.

14    WHEREAS, *Steinberg v. Matson Navigation Co., et. al.*, C 08-02402 VRW (N.D. Cal.), an

15    action assigned to this Court, was one of the actions transferred to the Western District of

16    Washington pursuant to the JPML's August 13, 2008 Order.  Sanders Decl. ¶ 5.

17    WHEREAS, *Brunk v. Matson Navigation Company, et. al.*, C 08-03010 BZ (N.D. Cal.),

18    was identified as a potential tag-along action in MDL No. 1972.  Sanders Decl. ¶ 6.

19    WHEREAS, by Conditional Transfer Order dated August 25, 2008, the JPML

20    conditionally transferred the *Brunk* action to the Western District of Washington pursuant to 28

21    U.S.C. § 1407.  Sanders Decl. ¶ 7.

22    WHEREAS, by Related Case Order dated August 20, 2008, this Court determined that the

23    *Brunk* action is related to the *Steinberg* action, and reassigned the case to Chief Judge Vaughn R.

24    Walker accordingly.  Sanders Decl. ¶ 8.

25    WHEREAS, on June 18, 2008, Judge Bernard Zimmerman issued an Order Setting Initial

26    Case Management Conference and ADR Deadlines in *Brunk* that set September 1, 2008 as the

27    deadline for engaging in a meet and confer session regarding initial disclosures, early settlement,

28    the ADR process selection, and a discovery plan; the filing of an ADR certification; and the filing

2

1 | of either an ADR Stipulation or a Notice of Need for an ADR Phone Conference. *See* Sanders

2 | Decl. ¶ 9.[1]

3 | WHEREAS, all parties anticipate that the JPML's transfer to the Western District of

4 | Washington of the *Steinberg, Brunk* and the other Related Actions filed in the Northern District of

5 | California will soon be completed. Sanders Decl. ¶ 10.

6 | WHEREAS, plaintiff anticipates the possibility of a Consolidated Complaint or

7 | Complaints in the Hawaiian and Guamanian Cabotage Antitrust Litigation once the Related

8 | Actions have been transferred under MDL 1972 and the plaintiffs in the Related Actions have had

9 | an opportunity to organize. Sanders Decl. ¶ 11.

10 | WHEREAS, vacating the deadlines contained in June 18, 2008 Order Setting Initial Case

11 | Management Conference and ADR Deadlines will visit no negative consequences on the schedule

12 | for the case. Sanders Decl. ¶ 12.

13 | PURSUANT TO CIVIL LOCAL RULE 6-1(b) and 6-2(a), PLAINTIFF AND

14 | DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,

15 | HEREBY STIPULATE AS FOLLOWS:

16 | 1.    The September 1, 2008 deadlines for engaging in a meet and confer session

17 | regarding initial disclosures, early settlement, the ADR process selection, and a discovery plan; the

18 | filing of an ADR certification; and the filing of either an ADR Stipulation or a Notice of Need for

19 | an ADR Phone Conference contained in the June 18, 2008 Order are VACATED pending action

20 | by the Transferee Court in the Western District of Washington.

21 | 2.    This Stipulation does not constitute a waiver by Defendants of any defense,

22 | including but not limited to the defenses of lack of personal jurisdiction, subject matter

23 | ///

24 | ///

25 |

[1]    The June 18 Order also set September 15, 2008 as the deadline for filing a Rule 26(f)
Report, completing initial disclosures, and filing a Case Management Report; and scheduled an
Initial Case Management Conference for September 22, 2008. Pursuant to this Court's August 20
Related Case Order, however, the case management conference will be rescheduled and the
related deadlines adjusted accordingly. *See* Sanders Decl. ¶ 9.

3

STIPULATION [AND PROPOSED ORDER] TO VACATE DEADLINES SET IN MAGISTRATE JUDGE ZIMMERMAN'S
JUNE 18, 2008 ORDER; Case No. CV 08-03010 VRW

1    jurisdiction, improper venue, or service of process.

2         IT IS SO STIPULATED.

3    Dated: August 29, 2008                    GIBSON, DUNN & CRUTCHER, LLP

4

5                                              Joel Sanders
                                               Rachel S. Brass
6                                              GIBSON, DUNN & CRUTCHER, LLP
                                               One Montgomery Street, Suite 3100
7                                              San Francisco, CA 94104
                                               Telephone:    (415) 393-8200
8                                              Facsimile:    (415) 986-5309

9                                              *Counsel for Defendants*
                                               *Matson Navigation Company, Inc. and*
10                                             *Alexander & Baldwin, Inc.*

11

12   Dated: August 29, 2008                    McGUIREWOODS LLP
13

14                                             Darrel C. Menthe  by
                                               Darrel C. Menthe
15                                             McGUIREWOODS LLP
                                               1800 Century Park East, 8th Floor
16                                             Los Angeles, CA 90067
                                               Telephone:    (310) 315-8219
17                                             Facsimile:    (310) 315-8210

18                                             Richard J. Rappaport
19                                             Amy B. Manning
                                               Tammy L. Adkins
20                                             McGUIREWOODS LLP
                                               77 West Wacker Drive
21                                             Suite 4100
                                               Chicago, Illinois 60601
22                                             Telephone:    (312) 849.8100
                                               Facsimile:    (312) 849.3690
23
                                               *Counsel for Defendant*
24                                             *Horizon Lines, LLC*

25   Dated: August 29, 2008                    KAPLAN, FOX & KILSHEIMER, LLP
26

27                                             Laurence D. King
                                               Linda M. Fong
28
                                         4

STIPULATION [AND PROPOSED ORDER] TO VACATE DEADLINES SET IN MAGISTRATE JUDGE ZIMMERMAN'S
JUNE 18, 2008 ORDER; Case No. CV 08-03010 VRW

KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:    (415) 772-4700
Facsimile:     (415) 772-4707

Robert N. Kaplan
Linda P. Nussbaum
John D. Radice
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone:    (212) 687-1908
Facsimile:     (212) 687-7714

John C. Evans
SPECTER SPECTER EVANS &
MANOGUE, P.C.
The Koppers Building, 26th Floor
Telephone:    (412) 642-2300
Facsimile:     (412) 642-2309

*Counsel for Plaintiff Curtis Brunk*

Pursuant to stipulation, IT IS SO ORDERED.

Dated this _____ day of August, 2008.

_____
The Honorable Vaughn R. Walker
U.S. District Chief Judge

100505764_5.DOC

5

STIPULATION [AND PROPOSED ORDER] TO VACATE DEADLINES SET IN MAGISTRATE JUDGE ZIMMERMAN'S
JUNE 18, 2008 ORDER; Case No. CV 08-03010 VRW